Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−29752−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard S Holley  
27 Mill Lane  
Branchville, NJ 07826  

Beth A Holley  
aka Beth A Sciemeca, aka Beth A Conklin  
27 Mill Lane  
Branchville, NJ 07826  

Social Security No.:
   xxx−xx−5777                                                                xxx−xx−7348

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: December 22, 2017
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Richard S Holley
Beth A Holley
    Debtors

Case No. 17-29752-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 22, 2017
                    Form ID: finmgtc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.
db/jdb      +Richard S Holley,   Beth A Holley,   27 Mill Lane,   Branchville, NJ 07826-6108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2017 22:15:45    U.S. Attorney,   970 Broad St.,
          Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2017 22:15:41    United States Trustee,
          Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
          Newark, NJ 07102-5235
                                                                                                    TOTAL: 2

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2017 at the address(es) listed below:
          Marie-Ann Greenberg   magecf@magtrustee.com
          Nicholas V. Rogers   on behalf of Creditor   TRI CO FEDERAL CREDIT UNION nj.bkecf@fedphe.com
          Rebecca Ann Solarz   on behalf of Creditor   Kubota Credit Corporation rsolarz@kmllawgroup.com
          Sherri J. Braunstein   on behalf of Creditor   TRI CO FEDERAL CREDIT UNION nj.bkecf@fedphe.com,
          nj.bkecf@fedphe.com
          Stephen B. McNally   on behalf of Debtor Richard S Holley steve@mcnallylawllc.com,
          jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          Stephen B. McNally   on behalf of Joint Debtor Beth A Holley steve@mcnallylawllc.com,
          jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                    TOTAL: 7