UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Richard E. Weltman, Esq. (rew@weltmosk.com)
Michele K. Jaspan, Esq. (mkj@weltmosk.com)
WELTMAN & MOSKOWITZ, LLP
Attorneys for Farmers Insurance Group Federal Credit Union
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(201) 7940 7500

Order Filed on February 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RICHARD S. HOLLEY;
BETH A. HOLLEY AKA BETH A. SCIENECA AKA BETH A. CONKLIN

Case No.: 17-29752-VFP

Adv. No.:

Chapter: 13

Judge: Vincent F. Papalia

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is **ORDERED**.

**DATED: February 28, 2018**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

1

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that _____ A. Lysa Simon _____ be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Richard S Holley  
Beth A Holley  
      Debtors

Case No. 17-29752-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 28, 2018  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.  
db/jdb         +Richard S Holley,    Beth A Holley,    27 Mill Lane,    Branchville, NJ 07826-6108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:

         Marie-Ann Greenberg     magecf@magtrustee.com  
         Nicholas V. Rogers     on behalf of Creditor     TRI CO FEDERAL CREDIT UNION nj.bkecf@fedphe.com  
         Rebecca Ann Solarz     on behalf of Creditor     Kubota Credit Corporation rsolarz@kmllawgroup.com  
         Richard E. Weltman     on behalf of Creditor     Farmers Insurance Group Federal Credit Union  
          rew@weltmosk.com,    mlm@weltmosk.com;mkj@weltmosk.com  
         Sherri J. Braunstein     on behalf of Creditor     TRI CO FEDERAL CREDIT UNION nj.bkecf@fedphe.com,  
          nj.bkecf@fedphe.com  
         Stephen B. McNally     on behalf of Debtor Richard S Holley steve@mcnallylawllc.com,  
          jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com  
         Stephen B. McNally     on behalf of Joint Debtor Beth A Holley steve@mcnallylawllc.com,  
          jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                       TOTAL: 8