Richard E. Weltman, Esq. (rew@weltmosk.com)
Michele K. Jaspan, Esq. (mkj@weltmosk.com)
**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Farmers Insurance Group Federal Credit Union*
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(201) 794-7500

Order Filed on March 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

-and-

A. Lysa Simon, Esq. (lsimon@culawyer.com)
**LAW OFFICES OF A. LYSA SIMON**
9846 White Oak Avenue, Suite 205
Northridge, California 91325
(818) 701-5200

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>RICHARD S. HOLLEY;<br>BETH A. HOLLEY AKA BETH A.<br>SCIENECA AKA BETH A. CONKLIN<br><br>Debtors. | Case Nos. 17-29752 (VFP)<br><br>Jointly Administered<br><br>Chapter 13 |
|---|---|

**ORDER APPROVING STIPULATION AND ORDER REGARDING WAIVER OF
CONFLICT OF INTEREST**

The relief set forth on the following pages, consisting of three (3) pages of the Stipulation is hereby **ORDERED**.

**DATED: March 29, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Richard E. Weltman, Esq. (rew@weltmosk.com)
Michele K. Jaspan, Esq. (mkj@weltmosk.com)
**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Farmers Insurance Group Federal Credit Union*
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(201) 794-7500

-and-

A. Lysa Simon, Esq. (lsimon@culawyer.com)
**LAW OFFICES OF A. LYSA SIMON**
9846 White Oak Avenue, Suite 205
Northridge, California 91325
(818) 701-5200

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>RICHARD S. HOLLEY;<br>BETH A. HOLLEY AKA BETH A.<br>SCIENECA AKA BETH A. CONKLIN<br><br>Debtors. | Case Nos. 17-29752 (VFP)<br><br>Jointly Administered<br><br><br><br>Chapter 13 |

**STIPULATION AND ORDER REGARDING WAIVER OF CONFLICT OF INTEREST**

**WHEREAS,** the law firm of Weltman & Moskowitz, LLP ("Law Firm") is local counsel to creditor of Farmers Insurance Group Federal Credit Union ("Credit Union") a secured creditor of Debtors Richard S. Holley and Beth A. Holley ("Debtors"); and

**WHEREAS,** Law Firm has disclosed its past affiliation with the Honorable Vincent F. Papalia to Debtors and their counsel; and

**WHEREAS,** Credit Union has filed an objection to Debtors' Chapter 13 Plan and is Negotiating a Stipulation with Debtors for Adequate Protection and use of its Cash Collateral ("Stipulation"); and

**WHEREAS,** the parties are in the process of resolving Credit Union's objection to the Plan and the Stipulation, but further court intervention may be necessary;

WHEREFORE IT IS HEREBY STIPULATED AND AGREED,

Debtors waive any conflict that may exist concerning the past relationship between Judge Papalia and Law Firm and further agree Judge Papalia may enter any and all orders that may be necessary which pertain or relate to the claims and interest of Credit Union in Debtors case;* and it is

FURTHER STIPULATED AND AGREED, Debtors shall not appeal any orders entered by Judge Papalia, on the basis of any possible conflict of interest, as such orders pertain to the rights and interests of Credit Union.

**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Farmers Insurance Group Federal Credit Union*

By: _____
MICHELE K. JASPAN
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
(201) 794-7500

Dated: March 27, 2018

**MCNALLY & BUSCHE, LLC**
*Attorneys for Debtors*

By: _____
STEPHEN B. MCNALLY
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260

Dated: March 14, 2018

_____
RICHARD S. HOLLEY

Dated: March 14, 2018

---

*;provided, however, that this waiver is limited to matters which have been agreed upon by the parties to this Stipulation. This waiver does not extend to any contested matters as to which the parties do not agree. In such event, the contested matter (which may include any motions, applications and adversary proceedings, objections to confirmation or the like as to which these parties have not reached agreement) will be referred to another Judge of this Court.

2

Dated: March 14, 2018

SO ORDERED:

_____

BETH A. HOLLEY