Richard E. Weltman, Esq. (rew@weltmosk.com)
Michele K. Jaspan, Esq. (mkj@weltmosk.com)
**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Farmers Insurance Group Federal Credit Union*
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(201) 794-7500

-and-

A. Lysa Simon, Esq. (lsimon@culawyer.com)
**LAW OFFICES OF A. LYSA SIMON**
9846 White Oak Avenue, Suite 205
Northridge, California 91325
(818) 701-5200

**Order Filed on March 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>RICHARD S. HOLLEY;<br>BETH A. HOLLEY AKA BETH A.<br>SCIENECA AKA BETH A. CONKLIN<br><br>Debtors. | Case Nos. 17-29752 (VFP)<br><br>Jointly Administered<br><br>Chapter 13 |

**ORDER APPROVING STIPULATION AND ORDER REGARDING WAIVER OF CONFLICT OF INTEREST**

The relief set forth on the following pages, consisting of three (3) pages of the Stipulation is hereby **ORDERED**.

**DATED: March 29, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Richard E. Weltman, Esq. (rew@weltmosk.com)
Michele K. Jaspan, Esq. (mkj@weltmosk.com)
**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Farmers Insurance Group Federal Credit Union*
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(201) 794-7500

-and-

A. Lysa Simon, Esq. (lsimon@culawyer.com)
**LAW OFFICES OF A. LYSA SIMON**
9846 White Oak Avenue, Suite 205
Northridge, California 91325
(818) 701-5200

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>RICHARD S. HOLLEY;<br>BETH A. HOLLEY AKA BETH A.<br>SCIENECA AKA BETH A. CONKLIN<br><br>Debtors. | Case Nos. 17-29752 (VFP)<br><br>Jointly Administered<br><br>Chapter 13 |

**STIPULATION AND ORDER REGARDING WAIVER OF CONFLICT OF INTEREST**

**WHEREAS,** the law firm of Weltman & Moskowitz, LLP ("Law Firm") is local counsel to creditor of Farmers Insurance Group Federal Credit Union ("Credit Union") a secured creditor of Debtors Richard S. Holley and Beth A. Holley ("Debtors"); and

**WHEREAS,** Law Firm has disclosed its past affiliation with the Honorable Vincent F. Papalia to Debtors and their counsel; and

**WHEREAS,** Credit Union has filed an objection to Debtors' Chapter 13 Plan and is Negotiating a Stipulation with Debtors for Adequate Protection and use of its Cash Collateral ("Stipulation"); and

**WHEREAS,** the parties are in the process of resolving Credit Union's objection to the Plan and the Stipulation, but further court intervention may be necessary;

WHEREFORE IT IS HEREBY STIPULATED AND AGREED,

Debtors waive any conflict that may exist concerning the past relationship between Judge Papalia and Law Firm and further agree Judge Papalia may enter any and all orders that may be necessary which pertain or relate to the claims and interest of Credit Union in Debtors case;* and it is

**FURTHER STIPULATED AND AGREED**, Debtors shall not appeal any orders entered by Judge Papalia, on the basis of any possible conflict of interest, as such orders pertain to the rights and interests of Credit Union.

**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Farmers Insurance Group Federal Credit Union*

By: _____
MICHELE K. JASPAN
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
(201) 794-7500

Dated: March 27, 2018

**MCNALLY & BUSCHE, LLC**
*Attorneys for Debtors*

By: _____
STEPHEN B. MCNALLY
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260

Dated: March 14, 2018

_____
RICHARD S. HOLLEY

Dated: March 14, 2018

---

*; provided, however, that this waiver is limited to matters which have been agreed upon by the parties to this Stipulation. This waiver does not extend to any contested matters as to which the parties do not agree. In such event, the contested matter (which may include any motions, applications and adversary proceedings, objections to confirmation or the like as to which these parties have not reached agreement) will be referred to another Judge of this Court.

2

_____
BETH A. HOLLEY

Dated: March 14, 2018

SO ORDERED:

_____

BETH A. HOLLEY

United States Bankruptcy Court
District of New Jersey

In re:  
Richard S Holley  
Beth A Holley  
    Debtors

Case No. 17-29752-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Mar 29, 2018  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.  
db/jdb         +Richard S Holley,    Beth A Holley,    27 Mill Lane,    Branchville, NJ 07826-6108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Nicholas V. Rogers    on behalf of Creditor    TRI CO FEDERAL CREDIT UNION nj.bkecf@fedphe.com  
         Rebecca Ann Solarz    on behalf of Creditor    Kubota Credit Corporation rsolarz@kmllawgroup.com  
         Richard E. Weltman    on behalf of Creditor    Farmers Insurance Group Federal Credit Union rew@weltmosk.com, mlm@weltmosk.com;mkj@weltmosk.com  
         Sherri J. Braunstein    on behalf of Creditor    TRI CO FEDERAL CREDIT UNION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
         Stephen B. McNally    on behalf of Debtor Richard S Holley steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com  
         Stephen B. McNally    on behalf of Joint Debtor Beth A Holley steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                                                                 TOTAL: 9