UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

BRG 18-023616
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
Kristen D. Little - 017411997
ATTORNEYS FOR VISIONS FEDERAL CREDIT UNION F/K/A TRI CO FEDERAL CREDIT UNION

Order Filed on February 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

RICHARD S. HOLLEY AND BETH A. HOLLEY A/K/A BETH A. SCIEMECA A/K/A BETH A. CONKLIN, DEBTORS

CASE NO.: 17-29752-VFP

HEARING DATE: FEBRUARY 7, 2019

JUDGE: HONORABLE VINCENT F. PAPALIA

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: February 11, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Visions Federal Credit Union f/k/a Tri Co Federal Credit Union, hereinafter "Secured Creditor," upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make post-petition payments on a mortgage obligation and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1.  Debtors are currently delinquent in post-petition payments for the months of October 1, 2018 through January 1, 2019, in the amount of 12,536.68, less a suspense of 250.59, for a total amount of $12,286.09.

1.  To cure the delinquency outlined in paragraph one (1), debtor agrees to remit $12,286.09 to Secured Creditor within ten (10) days of entry of this Order.

2.  For the duration of the Bankruptcy, starting February 1, 2019, Debtor also agrees to maintain all contractually due payments, which currently amount to $3,134.17.

3.  Payments should be submitted to the Secured Creditor via Certified Check to the below address:

> 1 Mortgage Way
> Mt. Laurel NJ 08054
> Mail Stop SBRP

4.  Debtors shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through the remaining Chapter 13 Plan. The Standing Trustee shall amend her records to reflect same.

5.  If the Debtors fail to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtors' failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtors' Counsel and the Debtors as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____  Date: 2-5-19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____  Date: 2/4/19
Stephen B McNally, Esquire
Attorney for the Debtors