UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

BRG 18-023616
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
Kristen D. Little - 017411997
ATTORNEYS FOR VISIONS FEDERAL CREDIT
UNION F/K/A TRI CO FEDERAL CREDIT UNION

Order Filed on February 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

RICHARD S. HOLLEY AND BETH A. HOLLEY A/K/A
BETH A. SCIEMECA A/K/A BETH A. CONKLIN,
DEBTORS

CASE NO.: 17-29752-VFP

HEARING DATE: FEBRUARY 7, 2019

JUDGE: HONORABLE VINCENT F. PAPALIA

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: February 11, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Visions Federal Credit Union f/k/a Tri Co Federal Credit Union, hereinafter "Secured Creditor," upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make post-petition payments on a mortgage obligation and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtors are currently delinquent in post-petition payments for the months of October 1, 2018 through January 1, 2019, in the amount of 12,536.68, less a suspense of 250.59, for a total amount of $12,286.09.

1. To cure the delinquency outlined in paragraph one (1), debtor agrees to remit $12,286.09 to Secured Creditor within ten (10) days of entry of this Order.

2. For the duration of the Bankruptcy, starting February 1, 2019, Debtor also agrees to maintain all contractually due payments, which currently amount to $3,134.17.

3. Payments should be submitted to the Secured Creditor via Certified Check to the below address:

> 1 Mortgage Way
> Mt. Laurel NJ 08054
> Mail Stop SBRP

4. Debtors shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through the remaining Chapter 13 Plan. The Standing Trustee shall amend her records to reflect same.

5. If the Debtors fail to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtors' failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtors' Counsel and the Debtors as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____    Date: 2-5-19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____    Date: 2/4/19
Stephen B McNally, Esquire
Attorney for the Debtors

United States Bankruptcy Court
District of New Jersey

In re:
Richard S Holley
Beth A Holley
    Debtors

Case No. 17-29752-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 13, 2019
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2019.
db/jdb        +Richard S Holley,    Beth A Holley,    27 Mill Lane,    Branchville, NJ 07826-6108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2019 at the address(es) listed below:
       Charles G. Wohlrab    on behalf of Creditor    TRI CO FEDERAL CREDIT UNION cwohlrab@logs.com, njbankruptcynotifications@logs.com
       Charles G. Wohlrab    on behalf of Creditor    Visions Federal Credit Union f/k/a Tri Co Federal Credit Union cwohlrab@logs.com, njbankruptcynotifications@logs.com
       Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Marie-Ann Greenberg    magecf@magtrustee.com
       Nicholas V. Rogers    on behalf of Creditor    TRI CO FEDERAL CREDIT UNION nj.bkecf@fedphe.com
       Rebecca Ann Solarz    on behalf of Creditor    Kubota Credit Corporation rsolarz@kmllawgroup.com
       Richard E. Weltman    on behalf of Creditor    Farmers Insurance Group Federal Credit Union rew@weltmosk.com, mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
       Sherri Jennifer Smith    on behalf of Creditor    TRI CO FEDERAL CREDIT UNION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
       Stephen B. McNally    on behalf of Joint Debtor Beth A Holley steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
       Stephen B. McNally    on behalf of Debtor Richard S Holley steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                         TOTAL: 11