Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−29752−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard S Holley
27 Mill Lane
Branchville, NJ 07826

Beth A Holley
aka Beth A Sciemeca, aka Beth A Conklin
27 Mill Lane
Branchville, NJ 07826

Social Security No.:
   xxx−xx−5777                              xxx−xx−7348

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/6/19 at 10:00 AM

to consider and act upon the following:

**47** − Creditor's Certification of Default (related document:45 Consent Order) filed by Charles G. Wohlrab on behalf of Visions Federal Credit Union f/k/a Tri Co Federal Credit Union. Objection deadline is 05/22/2019. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Wohlrab, Charles)

**49** − Certification in Opposition to Creditor's Certification of Default (related document:47 Creditor's Certification of Default (related document:45 Consent Order) filed by Charles G. Wohlrab on behalf of Visions Federal Credit Union f/k/a Tri Co Federal Credit Union. Objection deadline is 05/22/2019. (Attachments: # 1 Exhibit # 2 Certificate of Service) filed by Creditor Visions Federal Credit Union f/k/a Tri Co Federal Credit Union) filed by Stephen B. McNally on behalf of Beth A Holley, Richard S Holley. (Attachments: # 1 Exhibit # 2 Certificate of Service) (McNally, Stephen)

Dated: 5/10/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court