**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  17−29752−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard S Holley                                  Beth A Holley
   27 Mill Lane                                        aka Beth A Sciemeca, aka Beth A Conklin
   Branchville, NJ 07826                    27 Mill Lane
                                              Branchville, NJ 07826

Social Security No.:
   xxx−xx−5777                                       xxx−xx−7348

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/6/19 at 10:00 AM

to consider and act upon the following:

*47* − Creditor's Certification of Default (related document:45 Consent Order) filed by Charles G. Wohlrab on behalf of Visions Federal Credit Union f/k/a Tri Co Federal Credit Union. Objection deadline is 05/22/2019. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Wohlrab, Charles)

*49* − Certification in Opposition to Creditor's Certification of Default (related document:47 Creditor's Certification of Default (related document:45 Consent Order) filed by Charles G. Wohlrab on behalf of Visions Federal Credit Union f/k/a Tri Co Federal Credit Union. Objection deadline is 05/22/2019. (Attachments: # 1 Exhibit # 2 Certificate of Service) filed by Creditor Visions Federal Credit Union f/k/a Tri Co Federal Credit Union) filed by Stephen B. McNally on behalf of Beth A Holley, Richard S Holley. (Attachments: # 1 Exhibit # 2 Certificate of Service) (McNally, Stephen)

Dated: 5/10/19

                                                                   Jeanne Naughton
                                                                   Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Richard S Holley  
Beth A Holley  
    Debtors

Case No. 17-29752-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 10, 2019  
                       Form ID: ntchrgbk     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2019.
```
db/jdb        +Richard S Holley,    Beth A Holley,    27 Mill Lane,    Branchville, NJ 07826-6108
cr            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   AmeriCredit Financial Services Inc.,    PO Box 183853,
               Arlington, TX   76096)
cr            +TRI CO FEDERAL CREDIT UNION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
               Suite 100,    Mt. Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 23:58:51
                Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2019 at the address(es) listed below:
```
              Charles G. Wohlrab    on behalf of Creditor    TRI CO FEDERAL CREDIT UNION cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    Visions Federal Credit Union f/k/a Tri Co Federal
               Credit Union cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    TRI CO FEDERAL CREDIT UNION nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Kubota Credit Corporation rsolarz@kmllawgroup.com
              Richard E. Weltman    on behalf of Creditor    Farmers Insurance Group Federal Credit Union
               rew@weltmosk.com,    mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
              Sherri Jennifer Smith    on behalf of Creditor    TRI CO FEDERAL CREDIT UNION nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Stephen B. McNally    on behalf of Debtor Richard S Holley steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Stephen B. McNally    on behalf of Joint Debtor Beth A Holley steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```