**TUCKER ARENSBERG, P.C.**
Jordan S. Blask, Esq. (NJ I.D. # JB4173)
Matthew J. Burne, Esq. (NJ I.D. # 103092014)
1500 One PPG Place
Pittsburgh, Pennsylvania  15222
Phone: (412) 566-1212
Fax: (412) 594-5619

Order Filed on January 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

*Counsel to First National Bank of Pennsylvania*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| Richard S. Holley | : | In re: Case No.: 17-29752 |
| Beth A. Holley | : | Chapter 13 |
|       Debtors | : |  |
|  | : | Hon. Vincent F. Papalia |

**CONSENT ORDER ON THE STIPULATION FOR SETTLEMENT
OF MOTION FOR RELIEF FROM STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 14, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

TADMS:5252822-1 018511-188184

**TUCKER ARENSBERG, P.C.**
Jordan S. Blask, Esq. (NJ I.D. # JB4173)
Matthew J. Burne, Esq. (NJ I.D. # 103092014)
1500 One PPG Place
Pittsburgh, Pennsylvania  15222
Phone: (412) 566-1212
Fax: (412) 594-5619

*Counsel to First National Bank of Pennsylvania*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| _____ : | In re: Case No.: 17-29752 |
| Richard S. Holley : | |
| Beth A. Holley : | Chapter 13 |
|         Debtors  : | |
| _____ : | Hon. Vincent F. Papalia |

### STIPULATION FOR SETTLEMENT OF MOTION FOR RELIEF FROM STAY

AND NOW, comes First National Bank of Pennsylvania (hereinafter, "**FNB**"), by its counsel, Tucker Arensberg, P.C. and Jordan S. Blask and Matthew J. Burne, Esquire, and Richard S. Holley (hereinafter, the "**Debtor**") by and through his counsel, Stephen B. McNally, Esq., with the following Stipulation:

WHEREAS the Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on September 29, 2017 (the "**Petition Date**");

WHEREAS FNB holds a Retail Installment Contact and Title on the Debtor's 2013 Chevrolet Silverado, VIN 3GCPKTE75DG233955 (the "**Vehicle**");

WHEREAS FNB filed a Motion for Relief From Stay on December 9, 2019 with respect to the Vehicle ("**Motion**");

WHEREAS, FNB and the Debtor wish to resolve the Motion.

NOW THEREFORE, in consideration of the foregoing recitals, and with FNB and the Debtor intending to be legally bound, the parties hereby stipulate and agree as follows:

TADMS:5252822-1 018511-188184

1. The Debtor shall cure the default for the December 24, 2019, payment and the late charges of $13.09 for a total of $$654.99 within ten (10) days from the entry of this Order.

2. The Debtor shall resume making the regular monthly payments beginning January 24, 2020.

3. The first payment due under this stipulation shall be made on or before January 24, 2020 and each subsequent payment shall be made on or before the 24th day of each subsequent month.

4. All other terms, provisions, conditions, obligations, covenants, agreements, rights and remedies set forth in the loan documents remain in full force and effect, until the property is sold.

5. Should the Debtor default on the terms of this Stipulation, then FNB will file a Certification of Default with the Court for relief from stay, and the Court shall enter the relief order without further hearing.

6. The terms of this Stipulation may not be modified, revised, altered or changed to any extent, whether set forth in a Chapter 13 Plan or not, without the express written consent of both Debtor and FNB;

7. FNB and the Debtor agree that the recitals set forth herein are incorporated into the Stipulation as though set forth at length; and

8. This Court shall retain jurisdiction to enforce the terms of this Stipulation.

WHEREFORE, the Debtor and First National Bank of Pennsylvania respectfully requests that this Honorable Court execute the Order of Court approving the Stipulation.

Stipulated and Agreed to by:                              Dated: 1/13/20

*/s/ Jordan S. Blask*                                              */s/ Stephen B. McNally*
Jordan S. Blask, Esq. (jb0725)                            Stephen B. McNally, Esquire
Matthew J. Burne, Esq. (103092014)                 McNally & Busche, L.L.C.
TUCKER ARENSBERG, P.C.                            93 Main Street
1500 One PPG Place                                          Suite 201
Pittsburgh, Pennsylvania 15222                        Newton, NJ 07860
Telephone: 412-566-1212                                 (973) 300-4260
Facsimile: 412-594-5619                                   Fax : (973) 300-4264
jblask@tuckerlaw.com                                       steve@mcnallylawllc.com
Counsel to First National Bank of Pennsylvania    Counsel for Debtor