**TUCKER ARENSBERG, P.C.**
Jordan S. Blask, Esq. (NJ I.D. # JB4173)
Matthew J. Burne, Esq. (NJ I.D. # 103092014)
1500 One PPG Place
Pittsburgh, Pennsylvania  15222
Phone: (412) 566-1212
Fax: (412) 594-5619

Order Filed on January 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

*Counsel to First National Bank of Pennsylvania*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Richard S. Holley | : | In re: Case No.: 17-29752 |
| Beth A. Holley | : | |
| Debtors | : | Chapter 13 |
| | : | Hon. Vincent F. Papalia |

### CONSENT ORDER ON THE STIPULATION FOR SETTLEMENT
### OF MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 14, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**TUCKER ARENSBERG, P.C.**
Jordan S. Blask, Esq. (NJ I.D. # JB4173)
Matthew J. Burne, Esq. (NJ I.D. # 103092014)
1500 One PPG Place
Pittsburgh, Pennsylvania  15222
Phone: (412) 566-1212
Fax: (412) 594-5619

*Counsel to First National Bank of Pennsylvania*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Richard S. Holley : | In re: Case No.: 17-29752 |
| Beth A. Holley : | |
|        Debtors : | Chapter 13 |
| : | Hon. Vincent F. Papalia |

### STIPULATION FOR SETTLEMENT OF MOTION FOR RELIEF FROM STAY

AND NOW, comes First National Bank of Pennsylvania (hereinafter, "**FNB**"), by its counsel, Tucker Arensberg, P.C. and Jordan S. Blask and Matthew J. Burne, Esquire, and Richard S. Holley (hereinafter, the "**Debtor**") by and through his counsel, Stephen B. McNally, Esq., with the following Stipulation:

WHEREAS the Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on September 29, 2017 (the "**Petition Date**");

WHEREAS FNB holds a Retail Installment Contact and Title on the Debtor's 2013 Chevrolet Silverado, VIN 3GCPKTE75DG233955 (the "**Vehicle**");

WHEREAS FNB filed a Motion for Relief From Stay on December 9, 2019 with respect to the Vehicle ("**Motion**");

WHEREAS, FNB and the Debtor wish to resolve the Motion.

NOW THEREFORE, in consideration of the foregoing recitals, and with FNB and the Debtor intending to be legally bound, the parties hereby stipulate and agree as follows:

TADMS:5252822-1 018511-188184

1. The Debtor shall cure the default for the December 24, 2019, payment and the late charges of $13.09 for a total of $$654.99 within ten (10) days from the entry of this Order.

2. The Debtor shall resume making the regular monthly payments beginning January 24, 2020.

3. The first payment due under this stipulation shall be made on or before January 24, 2020 and each subsequent payment shall be made on or before the 24th day of each subsequent month.

4. All other terms, provisions, conditions, obligations, covenants, agreements, rights and remedies set forth in the loan documents remain in full force and effect, until the property is sold.

5. Should the Debtor default on the terms of this Stipulation, then FNB will file a Certification of Default with the Court for relief from stay, and the Court shall enter the relief order without further hearing.

6. The terms of this Stipulation may not be modified, revised, altered or changed to any extent, whether set forth in a Chapter 13 Plan or not, without the express written consent of both Debtor and FNB;

7. FNB and the Debtor agree that the recitals set forth herein are incorporated into the Stipulation as though set forth at length; and

8. This Court shall retain jurisdiction to enforce the terms of this Stipulation.

WHEREFORE, the Debtor and First National Bank of Pennsylvania respectfully requests that this Honorable Court execute the Order of Court approving the Stipulation.

Stipulated and Agreed to by:                               Dated: 1/13/20

*/s/ Jordan S. Blask*                                             */s/ Stephen B. McNally*
Jordan S. Blask, Esq. (jb0725)                          Stephen B. McNally, Esquire
Matthew J. Burne, Esq. (103092014)              McNally & Busche, L.L.C.
TUCKER ARENSBERG, P.C.                          93 Main Street
1500 One PPG Place                                          Suite 201
Pittsburgh, Pennsylvania 15222                        Newton, NJ 07860
Telephone: 412-566-1212                                  (973) 300-4260
Facsimile: 412-594-5619                                    Fax : (973) 300-4264
jblask@tuckerlaw.com                                       steve@mcnallylawllc.com
Counsel to First National Bank of Pennsylvania    Counsel for Debtor

TADMS:5252822-1 018511-188184

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-29752-VFP
Richard S Holley                                                        Chapter 13
Beth A Holley
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 14, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.
db/jdb         +Richard S Holley,    Beth A Holley,    27 Mill Lane,    Branchville, NJ 07826-6108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    TRI CO FEDERAL CREDIT UNION cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    Visions Federal Credit Union f/k/a Tri Co Federal
               Credit Union cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Kubota Credit Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jordan Seth Blask    on behalf of Creditor    First National Bank of Pennsylvania
               jblask@tuckerlaw.com,    agilbert@tuckerlaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    TRI CO FEDERAL CREDIT UNION nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Kubota Credit Corporation rsolarz@kmllawgroup.com
              Richard E. Weltman    on behalf of Creditor    Farmers Insurance Group Federal Credit Union
               rew@weltmosk.com,    mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com
              Shauna M Deluca    on behalf of Creditor    Visions Federal Credit Union f/k/a Tri Co Federal
               Credit Union sdeluca@rasflaw.com
              Sherri Jennifer Smith    on behalf of Creditor    TRI CO FEDERAL CREDIT UNION nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Stephen B. McNally    on behalf of Joint Debtor Beth A Holley steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Stephen B. McNally    on behalf of Debtor Richard S Holley steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13