| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | **Order Filed on March 19, 2021**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>    RICHARD S HOLLEY<br>    BETH A HOLLEY | Case No.:  17-29752 VFP<br><br>Hearing Date:  3/18/2021 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 19, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): RICHARD S HOLLEY
       BETH A HOLLEY

Case No.: 17-29752

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

    THIS MATTER having come before the Court on 03/18/2021 on notice to STEPHEN B. MCNALLY, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $874.00 starting on 3/1/2021 for the remaining 19 month(s).

| |
|---|
| **UNITED STATES BANKRUPTCY COURT** |
| **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** |
| **Marie-Ann Greenberg, Standing Trustee** |
| **30 TWO BRIDGES ROAD** |
| **SUITE 330** |
| **FAIRFIELD, NJ  07004-1550** |
| **973-227-2840** |
| **Chapter 13 Standing Trustee** |

IN RE:

    RICHARD S HOLLEY
    BETH A HOLLEY

Case No.:  17-29752 VFP

Hearing Date:  3/18/2021

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s): RICHARD S HOLLEY
BETH A HOLLEY

Case No.: 17-29752

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/18/2021 on notice to STEPHEN B. MCNALLY, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $874.00 starting on 3/1/2021 for the remaining 19 month(s).

United States Bankruptcy Court

District of New Jersey

In re:  
Richard S Holley  
Beth A Holley  
    Debtors

Case No. 17-29752-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 19, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

**Recip ID**    **Recipient Name and Address**  
db/jdb    + Richard S Holley, Beth A Holley, 27 Mill Lane, Branchville, NJ 07826-6108

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Kubota Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor TRI CO FEDERAL CREDIT UNION ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Visions Federal Credit Union f/k/a Tri Co Federal Credit Union ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jordan Seth Blask | on behalf of Creditor First National Bank of Pennsylvania jblask@fbtlaw.com agilbert@fbtlaw.com;agilbert@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Nicholas V. Rogers
    on behalf of Creditor TRI CO FEDERAL CREDIT UNION nj.bkecf@fedphe.com

Rebecca Ann Solarz
    on behalf of Creditor Kubota Credit Corporation rsolarz@kmllawgroup.com

Richard E. Weltman
    on behalf of Creditor Farmers Insurance Group Federal Credit Union rew@weltmosk.com
    mlm@weltmosk.com;mkj@weltmosk.com;aw@weltmosk.com

Shauna M Deluca
    on behalf of Creditor Visions Federal Credit Union f/k/a Tri Co Federal Credit Union sdeluca@raslg.com

Stephen B. McNally
    on behalf of Joint Debtor Beth A Holley steve@mcnallylawllc.com
    jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

Stephen B. McNally
    on behalf of Debtor Richard S Holley steve@mcnallylawllc.com
    jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12