Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF SEPTEMBER 12, 2022

**Chapter 13 Case # 17-29752**

Re:  RICHARD S HOLLEY  
     BETH A HOLLEY  
     27 MILL LANE  
     BRANCHVILLE, NJ  07826

Atty:  STEPHEN B. MCNALLY  
      MCNALLY & BUSCHE, L.L.C.  
      93 MAIN STREET  
      SUITE 201  
      NEWTON, NJ  07860

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $38,541.00**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/10/2017 | $535.00 | 4350262000 - | 11/01/2017 | $535.00 | 4403921000 - |
| 12/04/2017 | $535.00 | 4491641000 - | 01/03/2018 | $535.00 | 4568403000 - |
| 02/05/2018 | $535.00 | 4648027000 - | 03/02/2018 | $535.00 | 4718155000 - |
| 04/02/2018 | $535.00 | 4796772000 | 05/03/2018 | $535.00 | 4888078000 |
| 06/04/2018 | $535.00 | 4965765000 | 07/03/2018 | $535.00 | 5044359000 |
| 08/03/2018 | $535.00 | 5125210000 | 09/06/2018 | $535.00 | 5211816000 |
| 10/03/2018 | $535.00 | 5284986000 | 11/05/2018 | $535.00 | 5371551000 |
| 12/03/2018 | $535.00 | 5441218000 | 01/04/2019 | $535.00 | 5521610000 |
| 02/04/2019 | $535.00 | 5594760000 | 03/04/2019 | $535.00 | 5666149000 |
| 04/04/2019 | $535.00 | 5758316000 | 05/06/2019 | $535.00 | 5835842000 |
| 06/05/2019 | $535.00 | 5916886000 | 07/03/2019 | $535.00 | 5991150000 |
| 08/05/2019 | $535.00 | 6071210000 | 09/05/2019 | $535.00 | 6155404000 |
| 10/03/2019 | $535.00 | 6228687000 | 11/04/2019 | $535.00 | 6308074000 |
| 12/05/2019 | $535.00 | 6384109000 | 12/06/2019 | $535.00 | 6384109000 |
| 12/10/2019 | ($535.00) | 6384109000 | 01/06/2020 | $535.00 | 6462851000 |
| 02/05/2020 | $535.00 | 6540874000 | 03/04/2020 | $535.00 | 6616250000 |
| 04/03/2020 | $535.00 | 6688891000 | 05/04/2020 | $535.00 | 6767450000 |
| 06/03/2020 | $535.00 | 6840082000 | 07/06/2020 | $535.00 | 6918245000 |
| 08/05/2020 | $535.00 | 6993897000 | 09/08/2020 | $535.00 | 7066978000 |
| 10/05/2020 | $535.00 | 7141056000 | 11/04/2020 | $535.00 | 7211314000 |
| 12/03/2020 | $535.00 | 7282558000 | 01/06/2021 | $535.00 | 7362546000 |
| 02/04/2021 | $535.00 | 7432388000 | 03/04/2021 | $874.00 | 7500850000 |
| 04/05/2021 | $874.00 | 7575570000 | 05/03/2021 | $874.00 | 7646047000 |
| 06/04/2021 | $874.00 | 7719758000 | 07/06/2021 | $874.00 | 7788124000 |
| 08/04/2021 | $874.00 | 7858992000 | 09/07/2021 | $874.00 | 7928563000 |
| 10/04/2021 | $874.00 | 7994315000 | 11/03/2021 | $874.00 | 8061198000 |
| 12/06/2021 | $874.00 | 8126827000 | 01/06/2022 | $874.00 | 8193566000 |
| 02/07/2022 | $874.00 | 8259430000 | 03/02/2022 | $874.00 | 8314391000 |

**Chapter 13 Case # 17-29752**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/04/2022 | $874.00 | 8383896000 | 05/03/2022 | $874.00 | 8442470000 |
| 06/06/2022 | $874.00 | 8510138000 | 07/01/2022 | $874.00 | 8560985000 |
| 08/08/2022 | $874.00 | 8635123000 | 08/25/2022 | $874.00 | 8667456000 |

**Total Receipts: $38,541.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $38,541.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,105.07 | |
| ATTY | ATTORNEY | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 17,445.91 | * | 866.29 | |
| 0002 | ALLY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CITI | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 699.41 | * | 32.57 | |
| 0009 | FARMERS INSURANCE GROUP FCU | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0010 | FIRST NATIONAL BANK OF PA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0012 | UNITED STATES TREASURY/IRS | PRIORITY | 21,669.09 | 100.00% | 20,844.07 | |
| 0013 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,417.75 | * | 70.39 | |
| 0014 | PHH MORTGAGE CORPORATION | MORTGAGE ARRE | 3,447.65 | 100.00% | 3,447.65 | |
| 0015 | SYNCB/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | TRI-CO FEDERAL CREDIT UNION | UNSECURED | 101,687.63 | * | 5,049.33 | |
| 0021 | FARMERS INSURANCE GROUP FCU | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0022 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 30,430.08 | * | 1,511.02 | |
| 0023 | FARMERS INSURANCE GROUP FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | UNITED STATES TREASURY/IRS | UNSECURED | 588.22 | * | 5.02 | |
| 0025 | AMERICREDIT FINANCIAL SERVICES, IN( | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0026 | KUBOTA CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0027 | FARMERS INSURANCE GROUP FCU | SECURED | 0.00 | 100.00% | 0.00 | |
| 0028 | FARMERS INSURANCE GROUP FCU | SECURED | 0.00 | 100.00% | 0.00 | |
| 0029 | FARMERS INSURANCE GROUP FCU | SECURED | 0.00 | 100.00% | 0.00 | |
| 0030 | QUANTUM3 GROUP LLC | UNSECURED | 7,889.92 | * | 391.77 | |
| 0031 | PHH MORTGAGE CORPORATION | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | |

**Total Paid: $36,854.18**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | | | |
| | 10/21/2019 | $50.31 | 8001249 | | 11/18/2019 | $55.40 | 8001287 |
| | 12/16/2019 | $55.40 | 8001330 | | 01/13/2020 | $55.40 | 8001366 |
| | 02/10/2020 | $55.40 | 8001407 | | 03/16/2020 | $55.39 | 8001448 |
| | 04/20/2020 | $55.40 | 8001489 | | 05/18/2020 | $52.59 | 8001537 |
| | 06/15/2020 | $52.60 | 8001599 | | 07/20/2020 | $54.06 | 8001653 |
| | 08/17/2020 | $54.06 | 8001713 | | 09/21/2020 | $54.05 | 8001774 |
| | 10/19/2020 | $54.06 | 8001835 | | 11/16/2020 | $54.05 | 8001895 |
| | 12/21/2020 | $54.06 | 8001955 | | 01/11/2021 | $54.06 | 8002012 |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 11/18/2019 | $8.58 | 837467 | 01/13/2020 | $9.01 | 841266 |
| | 03/16/2020 | $9.01 | 845063 | 05/18/2020 | $8.78 | 848901 |
| | 07/20/2020 | $8.66 | 852389 | 09/21/2020 | $8.78 | 856072 |
| | 11/16/2020 | $8.79 | 859744 | 01/11/2021 | $8.78 | 863345 |
| PHH MORTGAGE CORPORATION | | | | | | |
| | 02/11/2019 | $344.35 | 818869 | 03/18/2019 | $430.79 | 820795 |
| | 03/18/2019 | $73.71 | 820795 | 04/15/2019 | $73.71 | 822841 |
| | 04/15/2019 | $430.79 | 822841 | 05/20/2019 | $430.79 | 824808 |
| | 05/20/2019 | $73.71 | 824808 | 06/17/2019 | $75.04 | 826877 |
| | 06/17/2019 | $438.56 | 826877 | 07/15/2019 | $438.56 | 828739 |
| | 07/15/2019 | $75.04 | 828739 | 08/19/2019 | $75.04 | 830616 |
| | 08/19/2019 | $438.56 | 830616 | 09/16/2019 | $438.55 | 832694 |
| | 09/16/2019 | $75.05 | 832694 | 10/21/2019 | $9.70 | 834658 |
| | 10/21/2019 | $56.70 | 834658 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 10/21/2019 | $87.75 | 8001239 | 11/18/2019 | $96.63 | 8001282 |
| | 12/16/2019 | $96.63 | 8001325 | 01/13/2020 | $96.63 | 8001363 |
| | 02/10/2020 | $96.63 | 8001405 | 03/16/2020 | $96.62 | 8001443 |
| | 04/20/2020 | $96.63 | 8001482 | 05/18/2020 | $91.74 | 8001532 |
| | 06/15/2020 | $91.74 | 8001591 | 07/20/2020 | $94.29 | 8001651 |
| | 08/17/2020 | $94.29 | 8001715 | 09/21/2020 | $94.29 | 8001772 |
| | 10/19/2020 | $94.29 | 8001836 | 11/16/2020 | $94.28 | 8001892 |
| | 12/21/2020 | $94.29 | 8001947 | 01/11/2021 | $94.29 | 8002011 |
| QUANTUM3 GROUP LLC | | | | | | |
| | 10/21/2019 | $22.75 | 835883 | 11/18/2019 | $25.06 | 837940 |
| | 12/16/2019 | $25.05 | 839843 | 12/16/2019 | $6.46 | 839843 |
| | 01/13/2020 | $25.05 | 8001365 | 02/10/2020 | $25.05 | 8001409 |
| | 03/16/2020 | $25.09 | 8001445 | 03/16/2020 | $6.66 | 8001445 |
| | 04/20/2020 | $25.05 | 8001484 | 05/18/2020 | $23.79 | 8001535 |
| | 06/15/2020 | $23.76 | 8001596 | 06/15/2020 | $6.44 | 8001596 |
| | 07/20/2020 | $24.45 | 8001652 | 08/17/2020 | $24.45 | 8001712 |
| | 09/21/2020 | $24.44 | 8001771 | 09/21/2020 | $6.50 | 8001771 |
| | 10/19/2020 | $24.45 | 8001838 | 11/16/2020 | $24.45 | 8001891 |
| | 12/21/2020 | $24.45 | 8001948 | 12/21/2020 | $6.51 | 8001948 |
| | 01/11/2021 | $24.43 | 8002006 | | | |
| TRI-CO FEDERAL CREDIT UNION | | | | | | |
| | 10/21/2019 | $293.24 | 836366 | 11/18/2019 | $322.92 | 838372 |
| | 12/16/2019 | $322.89 | 840246 | 01/13/2020 | $322.91 | 842125 |
| | 02/10/2020 | $322.91 | 844004 | 03/16/2020 | $322.88 | 845954 |
| | 04/20/2020 | $322.91 | 847915 | 05/18/2020 | $306.56 | 849682 |
| | 06/15/2020 | $306.58 | 851367 | 07/20/2020 | $315.08 | 853242 |
| | 08/17/2020 | $315.08 | 855054 | 09/21/2020 | $315.06 | 856936 |
| | 10/19/2020 | $315.08 | 858763 | 11/16/2020 | $315.06 | 860535 |
| | 12/21/2020 | $315.08 | 862432 | 01/11/2021 | $315.09 | 864022 |

**Chapter 13 Case # 17-29752**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | |
| | 05/14/2018 | $1,526.75 | 8000571 | 06/18/2018 | $506.11 | 8000611 |
| | 07/16/2018 | $506.11 | 8000647 | 08/20/2018 | $506.11 | 8000686 |
| | 09/17/2018 | $518.95 | 8000724 | 10/22/2018 | $518.95 | 8000765 |
| | 11/19/2018 | $504.50 | 0 | 12/17/2018 | $504.50 | 0 |
| | 01/14/2019 | $504.50 | 0 | 02/11/2019 | $160.15 | 8000931 |
| | 08/17/2020 | $5.02 | 8001769 | 02/22/2021 | $499.31 | 8002118 |
| | 03/15/2021 | $494.88 | 8002170 | 04/19/2021 | $808.45 | 8002224 |
| | 05/17/2021 | $808.45 | 8002272 | 06/21/2021 | $821.56 | 8002325 |
| | 07/19/2021 | $821.56 | 8002377 | 08/16/2021 | $821.56 | 8002427 |
| | 09/20/2021 | $821.56 | 8002474 | 10/18/2021 | $821.56 | 8002522 |
| | 11/17/2021 | $830.30 | 8002576 | 12/13/2021 | $830.30 | 8002628 |
| | 01/10/2022 | $830.30 | 8002677 | 02/14/2022 | $830.30 | 8002731 |
| | 03/14/2022 | $830.30 | 8002783 | 04/18/2022 | $843.41 | 8002837 |
| | 05/16/2022 | $843.41 | 8002890 | 06/20/2022 | $843.41 | 8002942 |
| | 07/18/2022 | $843.41 | 8002992 | 08/15/2022 | $843.41 | 8003040 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: September 12, 2022.

Receipts: $38,541.00    -    Paid to Claims: $32,749.11    -    Admin Costs Paid: $4,105.07    =    Funds on Hand: $1,686.82

Base Plan Amount: $38,541.00    -    Receipts: $38,541.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.