Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−29752−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard S Holley | Beth A Holley |
| 27 Mill Lane | aka Beth A Sciemeca, aka Beth A Conklin |
| Branchville, NJ 07826 | 27 Mill Lane |
| | Branchville, NJ 07826 |

Social Security No.:
  xxx−xx−5777                               xxx−xx−7348

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

    TO: <u>Richard S Holley and Beth A Holley</u>
        Debtor(s)

    You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: October 4, 2022
JAN: wdh

                                                <u>Jeanne Naughton, Clerk</u>