Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 17−29752−VFP
                              Chapter: 13
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard S Holley
27 Mill Lane
Branchville, NJ 07826

Beth A Holley
aka Beth A Sciemeca, aka Beth A Conklin
27 Mill Lane
Branchville, NJ 07826

Social Security No.:
  xxx−xx−5777                                    xxx−xx−7348

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 4, 2023</u>                  <u>Vincent F. Papalia</u>
                                                        Judge, United States Bankruptcy Court